45 A.3d 748

**John DOE, et al.**

v.

**MARYLAND STATE BOARD OF ELECTIONS, et al.**

**No. 131, Sept. Term, 2011.**

Court of Appeals of Maryland.

June 13, 2012.

Joseph E. Sandler (Elizabeth F. Getman of Sandler, Reiff, Young & Lamb, P.C., Washington, DC), on brief, for Appellants.

Brett Marston (Michael Harris and Laura Cofer Taylor of Arnold & Porter, LLP, Washington, DC), for Appellants.

Matthew J. Fader, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, and Jeffrey L. Darsie, Asst. Atty. Gen., Baltimore, MD), on brief, for Appellees.

Paul J. Orfanedes (Chris Fedeli of Judicial Watch, Inc., Washington, DC), on brief, for Appellees.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, BARBERA, LAWRENCE F. RODOWSKY, (Retired, Specially Assigned), JJ.

## ORDER

PER CURIAM ORDER.

For reasons to be stated in an opinion later to be filed, it is this 13th day of June, 2012,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Anne Arundel County be,

**60**

and it is hereby, affirmed.   Costs to be paid by the Appellants. Mandate to issue forthwith.